STATE of Alabama and Coffee County v. Norman HAM. (4 Div. 829.) (Court of Appeals of Alabama. July 10, 1923.) Appeal from Circuit Court, Coffee County; Arthur B. Foster, Judge. W. W. Sanders, of Elba, for appellants. M. A. Owen, of Elba, and M. S. Carmichael, of Montgomery, for appellee.

FOSTER, J. Affirmed, on authority of State of Alabama and Coffee County v. B. W. Page, ante, p. 303, 97 South. 244, as per agreement.

(97 South. 926)

STATE of Alabama and Coffee County v. Jessie Z. HAM. (4 Div. 835.) (Court of Appeals of Alabama. July 10, 1923.) Appeal from Circuit Court, Coffee County; Arthur B. Foster, Judge. W. W. Sanders, of Elba, for appellants. M. A. Owen, of Elba, and M. S. Carmichael, of Montgomery, for appellee.

FOSTER, J. Affirmed, on authority of State of Alabama and Coffee County v. B. W. Page, ante, p. 303, 97 South. 244, as per agreement.

(97 South. 926)

STATE of Alabama and Coffee County v. Della JERNIGAN. (4 Div. 824.) (Court of Appeals of Alabama. July 10, 1923.) Appeal from Circuit Court, Coffee County; Arthur B. Foster, Judge. W. W. Sanders, of Elba, for appellants. M. A. Owen, of Elba, and M. S. Carmichael, of Montgomery, for appellee.

BRICKEN, P. J. Affirmed, on authority of State of Alabama and Coffee County v. B. W. Page, ante, p. 303, 97 South. 244, as per agreement.

(97 South. 926)

STATE of Alabama and Coffee County v. Mila JERNIGAN. (4 Div. 840.) (Court of Appeals of Alabama. July 10, 1923.) Appeal from Circuit Court, Coffee County; Arthur B. Foster, Judge. W. W. Sanders, of Elba, for appellants. M. A. Owen, of Elba, and M. S. Carmichael, of Montgomery, for appellee.

BRICKEN, P. J. Affirmed, on authority of State of Alabama and Coffee County v. B. W. Page, ante, p. 303, 97 South. 244, as per agreement.

(97 South. 926)

STATE of Alabama and Coffee County v. J. O. JERNIGAN. (4 Div. 842.) (Court of Appeals of Alabama. July 10, 1923.) Appeal from Circuit Court, Coffee County; Arthur B. Foster, Judge. W. W. Sanders, of Elba, for appellants. M. A. Owen, of Elba, and M. S. Carmichael, of Montgomery, for appellee.

FOSTER, J. Affirmed, on authority of State of Alabama and Coffee County v. B. W. Page, ante, p. 303, 97 South. 244, as per agreement.

(97 South. 926)

STATE of Alabama and Coffee County v. J. J. MADDOX. (4 Div. 825.) (Court of Appeals of Alabama. July 10, 1923.) Appeal from Circuit Court, Coffee County; Arthur B. Foster, Judge. W. W. Sanders, of Elba, for appellants. M. A. Owen, of Elba, and M. S. Carmichael, of Montgomery, for appellee.

SAMFORD, J. Affirmed, on authority of State of Alabama and Coffee County v. B. W. Page, ante, p. 303, 97 South. 244, as per agreement.

(97 South. 926)

STATE of Alabama and Coffee County v. W. C. and O. T. MADDOX. (4 Div. 841.) (Court of Appeals of Alabama. July 10, 1923.) Appeal from Circuit Court, Coffee County; Arthur B. Foster, Judge. W. W. Sanders, of Elba, for appellants. M. A. Owen, of Elba, and M. S. Carmichael, of Montgomery, for appellee.

SAMFORD, J. Affirmed, on authority of State of Alabama and Coffee County v. B. W. Page, ante, p. 303, 97 South. 244, as per agreement.

(97 South. 926)

STATE of Alabama and Coffee County v. C. J. MEEKS. (4 Div. 826.) (Court of Appeals of Alabama. July 10, 1923.) Appeal from Circuit Court, Coffee County; Arthur B. Foster, Judge. W. W. Sanders, of Elba, for appellants. M. A. Owen, of Elba, and M. S. Carmichael, of Montgomery, for appellee.

FOSTER, J. Affirmed, on authority of State of Alabama and Coffee County v. B. W. Page, ante, p. 303, 97 South. 244, as per agreement.

(97 South. 926)

STATE of Alabama and Coffee County v. J. M. STOKES. (4 Div. 820.) (Court of Appeals of Alabama. July 10, 1923.) Appeal from Circuit Court, Coffee County; Arthur B. Foster, Judge. W. W. Sanders, of Elba, for appellants. M. A. Owen, of Elba, and M. S. Carmichael, of Montgomery, for appellee.

FOSTER, J. Affirmed, on authority of State of Alabama and Coffee County v, B. W. Page, ante, p. 303, 97 South. 244, as per agreement.

(97 South. 926)

STATE of Alabama and Coffee County v. J. M. STOKES, C. W. Stokes and M. N. Morrow. (4 Div. 827.) (Court of Appeals of Alabama. July 10, 1923.) Appeal from Circuit Court, Coffee County; Arthur B. Foster, Judge. W. W. Sanders, of Elba, for appellants. M. A. Owen, of Elba, and M. S. Carmichael, of Montgomery, for appellees.

BRICKEN, P. J. Affirmed, on authority of State of Alabama and Coffee County v. B. W. Page, ante, p. 303, 97 South. 244, as per agreement.

(95 South. 927)

STATE v. THOMAS. (1 Div. 499.) (Court of Appeals of Alabama. April 17, 1923.) Appeal from Circuit Court, Mobile County; Joel W. Goldsby, Judge. Harwell G. Davis, Atty. Gen., for the State. George B. Cleveland, Jr., of Mobile, for appellee.

BRICKEN, P. J. Appeal dismissed.